**DebtEd**

# U.S. Bankruptcy Court
## Central District of Illinois (Peoria)
## Bankruptcy Petition #: 09-83912

*Date filed:* 12/04/2009

*Assigned to:* Judge Thomas L. Perkins
Chapter 7
Voluntary
No asset

*Debtor*
**Vicki Lynn LaRue**
1020 N. 8th St.
Rochelle, IL 61068
SSN / ITIN: xxx-xx-2344

represented by **Dean Paolucci**
53 W. Jackson Blvd #709
Chicago, IL 60604
312-427-9131
Email: dean@selectlegal.com

*U.S. Trustee*
**U.S. Trustee**
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602
309-671-7854

| Filing Date | # | Docket Text |
|---|---|---|
| 12/04/2009 | [1](#) (43 pgs) | Chapter 7 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 299 filed by Dean Paolucci on behalf of Vicki Lynn LaRue. (Paolucci, Dean) (Entered: 12/04/2009) |
| 12/04/2009 | [2](#) (1 pg) | Debtor's Statement of Social Security Number(s) Filed by Dean Paolucci on behalf of Vicki Lynn LaRue. (Paolucci, Dean) (Entered: 12/04/2009) |
| | | Receipt of Chapter 7 Voluntary Petition - case upload(09-83912) [caseupld,1027u] ( 299.00) Filing Fee. Receipt number 4486242. Fee amount 299.00 |

| | | |
|---|---|---|
| 12/04/2009 | | (re: Doc# 1 ) (U.S. Treasury) (Entered: 12/04/2009) |
| 12/04/2009 | 3 (1 pg) | Certification of Credit Counseling Filed by Dean Paolucci on behalf of Vicki Lynn LaRue. (Paolucci, Dean) (Entered: 12/04/2009) |
| 12/04/2009 | 4 (1 pg) | Improper Venue Notice. Objections Due: 12/14/2009. (court, jcas) (Entered: 12/04/2009) |
| 12/06/2009 | 5 (2 pgs) | BNC Certificate of Mailing (RE: related document (s) 4 Improper Venue Notice) No. of Notices: 8. Service Date 12/06/2009. (Admin.) (Entered: 12/06/2009) |
| 12/14/2009 | 6 | Creditor Request for Notices Filed by Creditor Recovery Management Systems Corporation. (Singh, Ramesh) (Entered: 12/14/2009) |